

IN THE
TENTH COURT OF APPEALS

No. 10-14-00362-CR

ZEDA SHONTA HAZLEY,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2013-1020-C2

MEMORANDUM OPINION

Appellant Zeda Shonta Hazley has filed a motion to dismiss this appeal under Rule of Appellate Procedure 42.2.[1] We have not issued a decision in this appeal, and Hazley personally signed the motion. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

---

[1] Hazley also states in the motion that she "respectfully moves this Court to withdraw appellant's notice of appeal." We have no authority under Rule 42.2 to "withdraw appellant's notice of appeal"; therefore, we will construe Hazley's motion as only a motion to voluntarily dismiss her appeal. *See* TEX. R. APP. P. 42.2.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 16, 2015
Do not publish
[CR25]

